UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-16-1FL(2)

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | ORDER FOR RETURN OF |
| | ] | SEIZED PROPERTY |
| REGINALD R. BARNHILL | ] | |
| | ] | |

Upon Motion of Defendant, REGINALD R. BARNHILL, by counsel James S. Perry, for return of his personal items, including a laptop computer, being maintained in the evidence locker of Law Enforcement officials in Wilmington, North Carolina, be returned to him, and it appearing to the Court after considering the Motion of Defendant that the personal items which include a laptop, maintained by law enforcement officials in Wilmington, North Carolina, should be released to Defendant.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that the personal items, including a laptop belonging to Defendant, being maintained by law enforcement officials in the above-captioned case, belonging to the Defendant, Reginald R. Barnhill, be returned to Mr. Barnhill's family immediately upon receipt of this Order and that law enforcement officials assist the Defendant's family in recovery of said property so as to affect its immediate return upon receipt of this Order forthwith.

This 30th day of April, 2012.

_____
The Honorable Louise W. Flanagan
United States District Court Judge